CHARLES F. NOYES COMPANY, INC., Respondent, v. VAN RENSSELAER ESTATES, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHARLES BURKE, INC., v. MICHAEL FRIEDSAM and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure appellant's points to be filed on or before February 25, 1930, with notice of argument for the March term. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SHOEMAKER BRIDGE CO. OF DELAWARE, INC., v. 21 WEST 86TH STREET CORPORATION, Impleaded, etc. HARRY ALEXANDER, INC., v. 21 WEST 86TH STREET CORPORATION, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure appellant's points to be filed on or before March 6, 1930. This is peremptory. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOHN L. CARR v. FRANCES ALDA.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure appellant's points to be filed on or before February 25, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ROSA G. SEMPLE v. FREDERICK AMBROSE CLARK and Others, Impleaded with MARTHA KRAKEUR.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure appellant's points to be filed on or before March 10, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ANITA McKERNON v. CHARLES E. McKERNON.— Motion granted on condition that defendant furnish an undertaking in the sum of $90,000 to secure payment of any judgment that may be recovered. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES SELVIA.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANCIS X. MANCUSO and Others, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK ROCCO, Alias VOLACHI.— Motion granted so far as to extend the time of the appellant in which to serve and file the points on appeal to and including March 15, 1930, with notice of argument for April 1, 1930.* Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

EXCHANGE BUFFET CORPORATION, Appellant, v. BROADWAY REALTY COMPANY and CHARLES S. CASH, INC., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SOPHIE STRASSNER, Appellant, v. FRANK GIL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; O'Malley and Proskauer, JJ., dissent.

FREDERICK SCHUHMANN, as Administrator, etc., of JOHN W. SCHUHMANN, Deceased, Respondent, v. SCHLESINGER CONTRACTING Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

* See Code Crim. Proc. § 535, as amd. by Laws of 1926, chap. 464.— [REP.